# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 1, 2023

Lyle W. Cayce
Clerk

————————

No. 22-60459

————————

Nena Mauritz; Matthew Mauritz,

*Plaintiffs—Appellees*,

*versus*

Scott Lynn; Hattiesburg Clinic, P.A.,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:20-CV-184

_____

Before Richman, *Chief Judge*, and Stewart and Douglas, *Circuit Judges*.

Per Curiam:[*]

After dismissing Plaintiffs-Appellees' federal law claims under the Americans with Disabilities Act ("ADA")[1] and Title VII of the Civil Rights Act of 1964 ("Title VII"),[2] the district court declined to exercise supplemental jurisdiction over their state law claims pursuant to 28 U.S.C. §

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

[1] 42 U.S.C. § 12101, et seq.

[2] 42 U.S.C. § 2000e, et seq.

No. 22-60459

1367(c) and remanded those claims to state court. In a related appeal, No. 22-60371, *Mauritz v. Lynn*, 2023 WL 3122467 (5th Cir. Apr. 27, 2023), Plaintiffs-Appellees challenged the district court's order dismissing their federal law claims. While that appeal was pending, Defendants-Appellants, who originally removed the case from state court to federal court pursuant to 28 U.S.C. § 1441(a), filed this appeal challenging the district court's remand order. Subsequent to the filing of this appeal, another panel of this court issued a ruling in the companion case, reversing and remanding the district court's order dismissing Plaintiffs-Appellees' claim under the ADA. Both parties now agree that this court's ruling in the companion case removes the predicate for the remand that is the subject of this appeal. Accordingly, we DISMISS this appeal as MOOT.